THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTO CALOCA, | Case No.: 2:18-cv-00382-MCE-EFB |
| Plaintiff, | **SECOND STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| EQUIFAX INC., | **Complaint Served:** 02/21/2018 |
| Defendant. | **Original Response Date:** 03/14/2018 |
| | **Current Response Date:** 04/13/2018 |
| | **New Response Date:** 30 Days from Filing of Plaintiff's First Amended Complaint |

Plaintiff ROBERTO CALOCA ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on February 21, 2018.

2. Defendant's initial deadline to respond to the Complaint was March 14, 2018.

3. Plaintiff and Defendant initially agreed to extend the time 30 days for Defendant to respond to the Complaint up to and including April 13, 2018, so that Defendant would have additional time to investigate this matter and the parties could explore the possibility of settlement. Accordingly, on March 3, 2018, Equifax filed a stipulation between Plaintiff and Equifax to extend time to respond to the Complaint up to and including April 13, 2018 (docket #6).

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

4. On or about April 5, 2018, Plaintiff informed Defendant that he intended to file a First Amended Complaint. Accordingly, Plaintiff and Defendant agreed that Defendant's deadline to answer, move or otherwise respond to the Complaint should be further extended to 30 days from the filing date of the First Amended Complaint, and therefore submit this second stipulation to extend time to the Complaint.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted April 10, 2018:

        NOKES & QUINN

        /s/ Thomas P. Quinn, Jr.
        THOMAS P. QUINN, JR. (Bar No. 132268)
        NOKES & QUINN
        410 Broadway, Suite 200
        Laguna Beach, CA 92651
        Tel: (949) 376-3500
        Fax: (949) 376-3070
        Email: tquinn@nokesquinn.com
        Attorney for Defendant Equifax Inc.


        /s/ Elliot W. Gale
        ELLIOT W. GALE (Bar No. 263326)
        SAGARIA LAW, P.C.
        3017 Douglas Blvd, Suite 200
        Roseville, CA 95661
        Tel: (408) 279-2288
        Fax: (408) 279-2299
        Email: egale@sagarialaw.com
        Attorney for Plaintiff

**Signature Attestation**

I obtained the approval of Elliot W. Gail to affix his signature to this stipulation and the authorization of Elliot W. Gail to submit this stipulation on his behalf.

April 10, 2018         /s/ Thomas P. Quinn, Jr.
                                    THOMAS P. QUINN, JR.

**ORDER**

Pursuant to stipulation, Equifax is granted a further extension to respond to Plaintiff's complaint until 30 days from the date that Plaintiff files his first amended complaint.

IT IS SO ORDERED.

Dated: April 10, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT